AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

v.

SERGIO MORENO-ALFARO

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08-00106 JF (RS)

I, __SERGIO MORENO-ALFARO__, the above named defendant, who is accused of

__a violation of Title 8 U.S.C. section 1326, illegal re-entry__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

MAR - 3 2008

CLERK
NORTHERN ... CALIFORNIA
SAN JOSE

__Sergio Moreno__
Defendant

__[signature]__
Counsel for Defendant

Before __[signature]__
Judicial Officer