1
2
3                    UNITED STATES DISTRICT COURT
4               FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6
7
8   UNITED STATES OF AMERICA,         Case Number CR-08-00106-JF
          Plaintiff,
    V.                                Status Hearing
9
    SERGIO MORENO-ALFARO,             March 19, 2008
10        Defendant.
                                      CLERK'S NOTICE-
11  _____         RE TIME CHANGE
12
13  To all Parties and Attorneys of Record:
14  The Status hearing set on March 19, 2008 is now scheduled to be heard at
15  1:30 p.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3
16  on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  March 14, 2008                       For the Court
                                         Richard W. Wieking, Clerk
19
20                                       By:___/s/_____
                                         Diana Munz
21                                       Courtroom Deputy Clerk
22
23
24
25
26
27
28