**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, March 19, 2008
**Case Number:** CR-08-00106-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:** **UNITED STATES OF AMERICA V. SERGIO MORENO-ALFARO**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Sergio Moreno-Alfaro |
| Attorneys Present: Richard Cheng | Attorneys Present: Nick Humy |

---

PROCEEDINGS:
    Status review hearing held. Counsel, Spanish interpreter Adele Negro and defendant are present. Continued to 4/30/08 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.