JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 08-00106 JF |
|    Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM |
| v. ) ) | MARCH 19, 2008 TO APRIL 30, 2008 FROM THE SPEEDY TRIAL ACT |
| SERGIO MORENO-ALFARO, ) ) | CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    Defendant. ) ) | |

   The parties stipulate that the time between March 19, 2008 and April 30, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

18 U.S.C. § 3161(h)(8)(A).

DATED: March 21, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

\_\_\_\_/s/_____
BENJAMIN T. KENNEDY
Assistant United States Attorney

\_\_\_\_/s/_____
NICHOLAS HUMY
Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 19, 2008 and April 30, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE