**E-filed 3/25/08**

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
6      150 Almaden Boulevard
       San Jose, California 95113
7      Telephone: (408) 535-5059
       Facsimile:  (408) 535-5066
8      Email: benjamin.t.kennedy@usdoj.gov

9  Attorneys for the United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No.   CR 08-00106 JF |
| Plaintiff,                     ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 19, 2008 TO APRIL 30, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v.                             ) | |
| SERGIO MORENO-ALFARO,          ) | |
| Defendant.                     ) | |

The parties stipulate that the time between March 19, 2008 and April 30, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

18 U.S.C. § 3161(h)(8)(A).

DATED: March 21, 2008         JOSEPH P. RUSSONIELLO
                              United States Attorney


                              ___/s/_____
                              BENJAMIN T. KENNEDY
                              Assistant United States Attorney


                              ___/s/_____
                              NICHOLAS HUMY
                              Assistant Federal Public Defender

Case 5:08-cr-00106-JF     Document 14     Filed 03/25/2008     Page 2 of 3

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 19, 2008 and April 30, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 3/25/08

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE