**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, April 30, 2008
**Case Number:** CR-08-00106-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. SERGIO MORENO-ALFARO**

| **PLAINTIFF** | **DEFENDANT** |
|:---:|:---:|
| United States | Sergio Moreno-Alfaro |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Nick Humy |

---

PROCEEDINGS:
    Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 5/8/08 at 9:00 a.m. for further status review. 8 days are excluded for the reasons stated.