# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL  MINUTES**

**Court Proceedings:**  Disposition Hearing, May 8, 2008
**Case Number:** CR-08-00106-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **UNITED STATES OF AMERICA V.  SERGIO MORENO-ALFARO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Sergio Moreno-Alfaro |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Nick Humy |

---

PROCEEDINGS:

      Disposition hearing held.  Counsel, Spanish interpreter Adele Negro and defendant are  present.  Defendant pleads guilty to count 1 of the Information.  Continued to 6/11/08 at 9:00 a.m. for judgment and sentencing.