UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>V.<br>SERGIO MORENO-ALFARO,<br>            Defendant. | Case Number CR-08-00106-JF<br><br>Sentencing Hearing<br><br>June 12, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The sentencing hearing set on June 11, 2008 is continued to June 12, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

May 30, 2008                                      For the Court
                                                  Richard W. Wieking, Clerk


                                                  By:    /s/
                                                  Diana Munz
                                                  Courtroom Deputy Clerk