1
2
3              UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                    SAN JOSE DIVISION
6
7
8  UNITED STATES OF AMERICA,        Case Number CR-08-00106-JF
        Plaintiff,
   V.                               Sentencing Hearing
9
   SERGIO MORENO-ALFARO,            June 25, 2008
10      Defendant.
                                    CLERK'S NOTICE
11  _____

12
13  To all Parties and Attorneys of Record:
14  The sentencing hearing set on June 12, 2008 is continued to June 25, 2008
15  at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3
16  on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  June 5, 2008                     For the Court
                                     Richard W. Wieking, Clerk
19
20                                   By:___/s/_____
                                     Diana Munz
21                                   Courtroom Deputy Clerk
22
23
24
25
26
27
28