# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, July 23, 2008
**Case Number:** CR-08-00106-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. SERGIO MORENO-ALFARO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Sergio Moreno-Alfaro |
| Attorneys Present: Chad Mandell | Attorneys Present: Nick Humy |

---

PROCEEDINGS:
   Judgment and sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 9/24/08 at 9:00 a.m. for sentencing.