1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant SERGIO MORENO-ALFARO

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,          )      No. CR 08-00106-JF
                                        )
12              Plaintiff,              )      **STIPULATION TO CONTINUE
     v.                                 )      STATUS CONFERENCE AND**
13                                      )      **[PROPOSED] ORDER**
     SERGIO MORENO-ALFARO,              )
14                                      )
                Defendant.              )
15   _____)

16          Defendant Sergio Moreno-Alfaro, by and through his attorney Nicholas P. Humy, and the

17   United States, by and through Assistant United States Attorney Chad M. Mandell, hereby

18   stipulate and agree to request that the Court continue the hearing currently set for Wednesday,

19   October 22, 2008 in the above captioned matter to Wednesday, October 29, 2008 at 9:00 a.m.

20   The continuance is necessary due to the unavailability of counsel for Mr. Moreno-Alfaro.

21   Dated: 10/20/08                           _____/s/_____
                                               NICHOLAS P. HUMY
22                                             Assistant Federal Public Defender

23
     Dated: 10/20/08                           _____/s/_____
24                                             CHAD M. MANDELL
                                               Assistant United States Attorney

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE AND [PROPOSED] ORDER
CR 08-00106-JF                        1

1

**ORDER**

2       The parties have requested a continuance of the status hearing set for October 22, 2008

3   due to the unavailability of defense counsel.

4       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

5   presently set for October 22, 2008 be continued to October 29, 2008 at 9:00a.m.

6       IT IS SO ORDERED.

7   Dated:  10/21/08

8   _____
    JEREMY FOGEL
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 08-00106 JF                                    2