BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SERGIO MORENO-ALFARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00106-JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING; [PROPOSED] ORDER** |
| | ) | |
| SERGIO MORENO-ALFARO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Sergio Moreno-Alfaro, by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Chad M. Mandell, hereby stipulate and agree to request that the Court continue the hearing currently set for Wednesday, December 3, 2008 in the above captioned matter to Wednesday, December 10, 2008 at 9:00 a.m. The continuance is necessary due to the unavailability of counsel for Mr. Moreno-Alfaro.

Dated: 12/2/08                                        _____/s/_____
                                                      NICHOLAS P. HUMY
                                                      Assistant Federal Public Defender


Dated: 12/2/08                                        _____/s/_____
                                                      CHAD M. MANDELL
                                                      Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CR 08-00106-JF                                        1

# ORDER

The parties have requested a continuance of the hearing set for December 3, 2008 due to the unavailability of defense counsel.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, December 3, 2008 be continued to Wednesday, December 10, 2008 at 9:00a.m.

IT IS SO ORDERED.

Dated: 12/3/08

_____
JEREMY FOGEL
United States District Judge