BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MORENO-ALFARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SERGIO MORENO-ALFARO,<br><br>                Defendant. | No. CR 08-00106-JF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING;**<br>**[PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, February 4, 2009, be continued to Wednesday, February 25, 2009, at 9:00 a.m.   The continuance is requested due to the unavailability of defense counsel.

Dated: 2/3/09
                                                                       /s/
                                                  NICHOLAS P. HUMY
                                                  Assistant Federal Public Defender

Dated: 2/3/09
                                                                           /s/
                                                  CHAD MANDELL
                                                  Assistant United States Attorney

1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,        )    No. CR 08-00106-JF
                                     )
13              Plaintiff,            )    **[PROPOSED] ORDER CONTINUING**
                                     )    **HEARING**
14  v.                               )
                                     )
15  SERGIO MORENO-ALFARO,            )
                                     )
16              Defendant.           )
    _____)

17      The parties have requested a continuance of the sentencing hearing set for February 4,

18  2009.

19      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing

20  presently set for February 4, 2009, be continued to February 25, 2009, at 9:00 a.m.

21      IT IS SO ORDERED.

22
23  Dated: 2/4/09
                                          _____
24                                        JEREMY FOGEL
                                          United States District Judge
25
26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00106-JF                    2